```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

UNITED STATES OF AMERICA

    v.

CRIMINAL ACTION
NO. 1:10-CR-0059-CAP-GGB

FIDEL EUSEBIO MARCELINO,

    Defendant.

## O R D E R

After carefully reviewing the entire record, the report and recommendation ("R&R") [Doc. No. 19] of the magistrate judge, and there being no objections thereto, the court ADOPTS the R&R [Doc. No. 19] as the opinion and order of this court. Accordingly, the defendant's motion to suppress statements [Doc. No. 10] and motion to suppress evidence [Doc. No. 11] are granted.

SO ORDERED, this <u>20th</u> day of August, 2010.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL JR.
United States District Judge